IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS JONES | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  25-2137 |
| | : | |
| CITY OF PHILADELPHIA, IVORY COUSINS, BLANCHE CARNEY, KAREN BUTLER, ROBERT ROSE | : : : | |

# ORDER

**AND NOW**, this 2nd day of March 2026, upon considering random reassignment (DI 28), it is **ORDERED**:

1. Defendants' motion to dismiss (DI 4) is **DENIED** without prejudice to re-raising no later than May 22, 2026, in light of the pending settlement conference with Judge Arteaga.

2. Defendant Ivory Cousins's request to stay default judgment and request to stay proceedings (DI 26) is **DENIED** as moot in light of Judge Brody's October 23, 2025 order (DI 22).

MURPHY, J.