UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

George Wylesol                                                                                    Clerk's Office
Clerk of Court                                                                                    215-597-7704

4/7/26

IVORY COUSINS
29578-511
FMC LEXINGTON SATELLITE CAMP
3301 LEESTOWN ROAD
PO BOX 14500
LEXINGTON, KY 40511

Response to Status Request
RE: Civil Action No. 25-cv-2137

        Dear Mr. Cousins,

We have received your request for information on the status of your case. In response, we are providing a copy of the docket sheet in this case.

                                                      Sincerely,

                                                      GEORGE WYLESOL
                                                      Clerk of Court
                                        By:

                                                      Steve Tomas
                                                      Deputy Clerk