April 16, 2026

United States District Court Eastern District of Pennsylvania

Civil Docket # 2:25-cv-02137

Plaintiff

Demetrius Jones

vs.                                                        Judge

Defendant

Ivory Cousins

### Notice of Appeal

Now comes, Pro Se Defendant, Ivory Cousins, In Forma Pauperis, pursuant to Federal Rule of Civil Procedure 8 (hereinafter the Fed.Civ.P.8) and employment discrimination 42 U.S.C. 2000e petitioning this Honorable Court to Set Aside the Order/Judgement made on March 02, 2026 by District Judge John F. Murphy  Denying this Defendant's Request to Stay Default Judgement and Request to Stay Proceedings.  This request is being made for the following good cause:

1).  This defendant is incarcerated at Atwood Satellite Camp on the campus of Lexington FMC.
2).  The court failed to follow due process and notify this defendant of the court schedule.
3).  The defendant was not properly served notice or deadlines required to respond to court proceedings.
4).  This defendant was not given an opportunity to request Counsel.
5).  The defendant requested a copy of the docket on March 2026.
6).  The defendant received a copy of the docket for the first time on April 14, 2026.

For the aforementioned, Good Causes, this Defendant prays that this Honorable Court will Set Aside The Judgement of District Judge John F. Murphy.

Respectfully submitted,

Ivory Cousins

### CERTIFICATE OF SERVICE

This motion will be served upon the Clerk of Court for the United States Court of Appeals for the Third Circuit and the Clerk of Court for the United States District Court Eastern District of Pennsylvania (Philadelphia).

Name:
Signature:
Date:

Case 2:25-cv-02137-JFM    Document 36    Filed 05/04/26    Page 2 of 2

Ivory Cousins 29578S11
FMC Lexington Satellite Camp
PO Box 14500
Lexington, KY 40511

LOUISVILLE KY 400
4 MAY 2026 PM 1 L

UNITED STATES
OF AMERICA
FOREVER/USA

United States District Court
Office of the Clerk
601 Market Street
Philadelphia, PA 19106

**RECEIVED**

MAY 11 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

19106-179699